# EXHIBIT A

## (Letter From Matthew Blackwell)

Matthew V Blackwell
24 Old Farm Road
Woodbridge, CT  06525

March 7th 2022

To the Honorable Judge Sarah A.L. Merriam,

I write to express my heartfelt regret for my past actions including my embezzlement from my mother's company and the commission of this tax offense. I have hurt a number of people, particularly members of my family, through my actions and the public as well.  In a few weeks' time, I will be celebrating 5 years of being drug free. The anniversary is bittersweet for me, for while I am proud of the accomplishment, it reminds me of the failure of character that I had exhibited for many years.

My remorse for my actions did not start when the IRS knocked on my door in September of 2020. Near the end of 2016 I realized that I was a drug addicted and deceitful person who was betraying those that loved me the most. I worked to clean myself up and come to terms with my actions, and that is when the true realization of what I had done washed over me. Drugs and alcohol are never an excuse for poor behavior of any kind, but I can say that in my case the drugs numbed me. While I was seeking an escape from the real issues in my life, I was simultaneously creating worse ones and had no desire to explore that further. When I finally got clean, I was hit with a wave of sorrow and regret that I had never known before and don't wish upon anybody. In order to gain back any of the relationships I had damaged, I knew that I would have to look hard at myself and what prompted me to do what I had. I made a commitment to never be anything but 100% honest, to reconnect with God, to stay clean, and to change those parts of me which led me down such a dangerous path to begin with. Not a day has gone by in over 5 years now that I haven't woken up in the morning, or gone to bed at night, without thinking about my shame and remorse for betraying the trust of one of the most important people in my life, my mother.

My mother and I are extremely close, and she has always been there for me. Without her support, I don't believe I would have been able to get off drugs. She is an amazing person and phenomenal mother, and I am ashamed and embarrassed for ever taking anything from her. In addition, less than two weeks ago, we lost my sister Lindsay. The anguish that we all feel is palpable, but it is my mother who is suffering the worst. The older I get, the more I realize that family is the most important thing in the world; more important than money, career, material goods. It is family above all else. My mom lost her daughter and I want to be there for her as she has always been for me.

Today, we are faced with the consequences of my actions; specifically the evasion of tax on these ill-gotten funds. While you are deliberating over the appropriate sentence to impose on me, I do humbly ask for your leniency. I ask this not for my own benefit, but with a focus on those that depend on me. I have four children (3 biological and one step), ranging in age from 4 to 11 years old. My children and I are extremely close. My older two children are from my prior marriage. They have been through a tremendous amount but seem to be settled now in our visitation schedule. I treasure my time with Nathan and Ava, and we always try to make the most of every minute we have together. My stepson Jacob considers me his father and indeed he is my son in my mind. His own father left when he was four years old and Jacob has moderate autism. We have a special bond and spend hours together on schoolwork, social & occupational therapy, and oftentimes just having fun. My youngest Jack is a bundle of joy, and we love to spend our time playing with his dinosaurs, learning our letters, and hiking. I have

worked very hard over the past half a decade trying to repair the relationship with all of my children and fear that leaving will only draw them away; particularly my older two who would be spending all of their time away from their (half & step) brothers, as well as their stepmom. My wife Betty is a Godsend. She had dealt with addiction in her first marriage (her husband was an alcoholic) and was willing to take a chance on me because she saw how committed I was to be building my life back.

We are partners in our marriage and tackle everything together. If I go to prison, I know that it is not only me that will be serving time, but my entire family as well. I have put them through so much and only in the past few years have I finally earned back their trust. I feel great pain that I am facing leaving them which will hurt them again.

On a financial basis, my income has always been essential to support both households (my ex-wife's home through alimony and child support, and my current household as well). I have never missed a single payment to my ex-wife (even now, while it is a struggle) and take pride in being able to provide for my family. If I do not work, the lives of families will be completely unended. My family cannot afford to stay in the homes they currently live in.

I do not want to punish my family for actions that I alone committed. I humbly ask you to recognize the challenges my children have already had to deal with and the consequences in store for them if I need to leave them. While prison is frightening for me, it is my family's mental and financial health that truly worries me.

I accept sole responsibility for placing my family in these circumstances with an uncertain future. My regret and remorse are sincere. With humility I ask for your consideration.

Respectfully,

*[signature]*